IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MANUEL MILLE LEBRON

DEBTOR

CASE NO 13-10184-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, JOSE MANUEL MILLE LEBRON**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated May 7, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report on confirmation, docket #19.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated May 7, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of May, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                      Case No. 3:13-bk-10184

MILLE LEBRON, JOSE MANUEL                      Chapter 13
                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 5/07/2014
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 350.00 | x | 12 | = $ | 4,200.00 |
| $ | 650.00 | x | 40 | = $ | 26,000.00 |
| $ | 790.00 | x | 8 | = $ | 6,320.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ 36,520.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 36,520.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,864.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **DORAL BANK** Cr. _____ Cr. _____
# X8489 # _____ # _____
$ 24,000.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
Sistema De Retiro
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)

Signed: /s/ JOSE MANUEL MILLE LEBRON
         Debtor

         Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**         Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 13-10184-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed May  7 10:17:14 AST 2014 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 |
| Creditonebnk<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | DORAL BANK<br>1451 AVE FD ROOSEVELT<br>SAN JUAN, PR   00920-2717 | JACQUELINE RIVERA SEMIDEY/RAFAEL COLON<br>HC 64 BOX 6840<br>PATILLAS, PR   00723-9710 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Liberty Cblv<br>Road 993 Km 0.2<br>Luquillo, PR   00773 | Lvnv Funding<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Nco Ptm/22<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Palisades Collection, LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Collection, LLC<br>PO Box 40728<br>Houston TX 77240-0728 | Sistema De Retiro<br>PO Box 42003<br>San Juan, PR   00940-2203 |
| JOSE MANUEL MILLE LEBRON<br>PO BOX 1468<br>LAS PIEDRAS, PR 00771-1468 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |