# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: JOSE MANUEL MILLE LEBRON
Case Number: 13-10184-ESL13                           Chapter: 13
Date / Time / Room: 05/07/2014 02:00 pm osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MARITZA FEIJOO
Reporter / ECR:    ANGEL MENDEZ

### Matter:

Confirmation Hearing of amended plan dated 05.07.2014 (#21)
Trustee's motion to dismiss (#15)

### Appearances:

JOSE RAMON CARRION MORALES     *A. Rodriguez·*
ROBERTO  FIGUEROA CARRASQUILLO  ✓

### Proceedings:

ORDER:

___ (Amended) plan dated _____ [Docket no. ___ ] ___CONFIRMED ___ NOT CONFIRMED   ___ LBR 3015

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No._____ ], is hereby _____ granted _____denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13  trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___  The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.  The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted.  The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

X Hearing on Confirmation/Contested Matter is continued to: ____ *without date*

___Attorney's Fees:$3,000.00; Other:_____

*Trustee granted 14 days
to file report. After that
plan may be confirmed.*

/s/ Enrique S. Lamoutte
, U.S. Bankruptcy Judge