```
                      UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: <br> JOSE MANUEL MILLE LEBRON <br><br><br> DEBTOR (S) | CASE NO. 13-10184-ESL <br><br> CHAPTER 13 |

```
             TRUSTEE'S REPORT REGARDING THE STATUS
                 OF CHAPTER 13 PLAN PAYMENTS
```

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of February 08, 2016 our record of payments received in this case reflects the following:

```
       - Total Paid in:         $11,350.00
       - Balance on Hand:       $585.00
       - Last Payment date:     January 28, 2016
       - Last Payment Amount:   $650.00
       - Amount in Default:     $1,950.00
       - Plan Date:             March 24, 2015
```

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Monday, February 8, 2016.

```
                                   /s/ Jose R. Carrion

                                   JOSE R. CARRION
                                   CHAPTER 13 TRUSTEE
                                   P.O. Box 9023884,
                                   San Juan, P.R. 00902-3884
                                   Tel (787) 977-3535
                                   FAX (787) 977-3550
```